United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE:

ROSALIE AUBREE GUANCIONE,

Debtor.

ROSALIE A. GUANCIONE,

Appellant,

v.

DANIEL I. WERFEL,

Defendant.

Case No. 5:15-cv-02161-EJD

**ORDER TO SHOW CAUSE**

On May 13, 2015, the Clerk docketed a Notice of Appeal filed by Appellant Rosalie A. Guancione ("Appellant") and assigned the matter to the undersigned. See Docket Item No. 1. To date, however, Plaintiff has not filed anything further in relation to this appeal in either the district court or the bankruptcy court, despite the requirement that she file with the bankruptcy clerk a designation of the items to be included in the record on appeal and a statement of the issues to be presented, within 14 days of filing the notice of appeal. See Fed. R. Bank. P. 8009(a).

Accordingly, the court hereby issues an order to show cause why this appeal should not be dismissed for failure to prosecute. If Plaintiff does not, by **August 28, 2015**, demonstrate good cause in writing why this appeal should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Federal Rules of Bankruptcy

Procedure 8003(a)(2) and 8009(g). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: August 18, 2015



EDWARD J. DAVILA
United States District Judge